UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LELAH JERGER, <br> JADE JERGER, and <br> J. J., <br><br> Plaintiffs, <br><br> v. <br><br> SHANNON BLAIZE, and <br> ALISON GARRETT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:18-cv-00030-RLY-MPB <br> ) <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

Consistent with the Entry issued today, the court now enters final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 30th day of September 2021.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel